UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICIA ANN BURCH**                                                                               **PLAINTIFF**

V.                              Case No. 4:11-CV-00391-BD

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Patricia Ann Burch.

DATED this 5th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE